```
                                              ┌─────────────────────────┐
                                              │ DOCUMENT                │
                                              │ ELECTRONICALLY FILED    │
                                              │ DOC #: _____    │
                                              │ DATE FILED: 10/28/09    │
                                              └─────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
SCANBUY, INC. and MARSHALL FEATURE
RECOGNITION, LLC,

      Plaintiffs,

vs.

NEOMEDIA TECHNOLOGIES, INC.,

 Defendant.
------------------------------------- X

Civil Action No. 09 Civ. 4297 (RJH)

**DISMISSAL**

  Plaintiffs Scanbuy, Inc. and Marshall Feature Recognition, LLC and Defendant NeoMedia Technologies, Inc., having reached agreement on a settlement of the claims brought and which could have been brought in this action, hereby agree to the dismissal of all pending claims and counterclaims brought against each other and, based upon this Stipulation of the parties,

IT IS HEREBY ORDERED, in accordance with Federal Rule of Civil Procedure 41(a)(1), as follows:

  1.  All claims brought by Plaintiffs in this Civil Action are dismissed with prejudice, all counterclaims brought by NeoMedia in this Action are dismissed with prejudice as against Plaintiffs, provided however, that all affirmative defenses and counterclaims of Neomedia are preserved as against MFR in the event that the MFR patent in suit is ever asserted against Neomedia in the future; and

  2.  Each party shall bear its own costs and attorneys' fees.

SO ORDERED.

Dated: October 26, 2009

                _____
                Richard J. Holwell
                United States District Judge

*The Clerk is requested to close this case.*

AGREED TO:

Dated: October 19, 2009

NEOMEDIA TECHNOLOGIES, INC.

By: _____

Jeffrey A. Pine
Allison M. Corder
VALAUSKAS & PINE LLC
150 South Wacker Drive, Suite 620
Chicago, Illinois 60606
Tel.: 312-673-0360
Fax: 312-673-0361

Michael H. Baniak
McDONNELL BOEHNEN
  HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606
Tel.: 312-913-0001
Fax: 312-913-0002

David Rabinowitz, Esq.
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-1299
Tel.: 212-554-7800
Fax: 212-554-7700

Attorneys for Plaintiff
NeoMedia Technologies, Inc.

Dated: October 19, 2009

SCANBUY, INC. and MARSHALL
FEATURE RECOGNITION, LLC

By: _____

John M. Hintz
S. Calvin Walden
Victor F. Souto
Laura A. Sheridan
WILMER CUTLER PICKERING
  HALE AND DORR, LLP
399 Park Avenue
New York, NY 10022
Tel.: 212-230-8800
Fax: 212-230-8888

Attorneys for Defendants Scanbuy, Inc. and
Marshall Feature Recognition, LLC